**IT IS ORDERED as set forth below:**

Date: October 02, 2009

_____
Mary Grace Diehl
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO 06-73094-MGD |
| | : |
| | : CHAPTER 13 |
| | : |
| WARREN SEAN EDWARDS | : |
| BERNADETTE EDWARDS | : |
|     Debtors | : |
| ------------------------------- | ---------------------------- |
| U.S. BANK, N.A., ITS SUCCESSORS | : |
| AND/OR ASSIGNS | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| WARREN SEAN EDWARDS | : |
| BERNADETTE EDWARDS | : |
| MARY IDA TOWNSON, Trustee | : |
|     Respondents. | : |
| | : |

**CONSENT ORDER ON MOTION FOR RELIEF
FROM AUTOMATIC STAY**

U.S. BANK, N.A., its successors and assigns for itself (the "Movant"), filed a Motion for

Relief from Automatic Stay (the "Motion") August 21, 2009 (Doc. No. 72), which was set for hearing on **September 23, 2009** (the "Hearing"). Movant seeks relief as to Debtors` real property located in Gwinnett County, Georgia, now or formerly known as 1123 Spanish Moss Court, Lawrenceville, GA 30045 (the "Property"), as more particularly described in Exhibit "A" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. The parties reached an agreement as follows:

Debtors owe Movant post-petition mortgage arrearage through September, 2009 totaling $6,385.44. This figure includes June, 2009 through September, 2009 Mortgage Payments (4 at $1,576.64 each) totaling $6,306.56, June, 2009 through September, 2009 Late Charges (4 at $63.07 each) totaling $252.28, Property Inspections of $145.00, Non Sufficient Funds Fees of $30.00, Bankruptcy Fees and Costs of $875.00, less Suspense Balance Credit of ($1,223.40). Debtors will cure the arrearage of $6,385.44 by making a payment in the amount of $2,500.00 to Movant in certified funds on or before September 30, 2009 to reduce the arrearage to $3,885.44. Movant shall be allowed to amend its Proof of Claim to include bankruptcy fees and costs of $875.00, further reducing the arrearage to $3,010.44. Debtors will be required to cure the remaining arrearage of $3,010.44 by making payments to Movant in the amount of $376.31 for the next eight (8) consecutive months, to be **tendered in addition to the regular monthly mortgage payments** on or before the 15th day of each month beginning in November, 2009. Accordingly, by consent, it is hereby

**ORDERED** that:

Beginning in November, 2009, Debtors shall pay Movant all future monthly mortgage payments when due. Additionally, if the loan is a non-escrowed loan, Debtors agree to maintain adequate homeowner insurance coverage and remain current on all property taxes assessed.

These mortgage payments, the payments necessary to cure the post-petition mortgage arrearage, and, if applicable, the provision regarding taxes and insurance shall be governed by Strict Compliance provisions as outlined herein below.  Said provisions shall remain in effect for the Life of the Bankruptcy beginning in November, 2009.

Upon delinquency by Debtors in the payment of any sum specified herein as well as failure to provide adequate proof of insurance coverage or current tax status, the Automatic Stay may be terminated as to the Property subject to the following conditions and allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies.

Upon failure by Debtors to tender to Movant the above-stated funds, or tender adequate proof of insurance or current tax status, as provided herein, and upon notice of default sent by first class mail to Debtors and Debtors' attorney and failure by Debtors to cure such default within ten (10) days of the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtors and Debtors` attorney, and the Court may enter the order terminating the automatic stay, without further notice or hearing.

Any excess proceeds derived from a foreclosure sale by Movant shall be remitted to the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
Attorney for Movant
Georgia State Bar No. 001304
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092
(888) 890-5309
lcaplan@rubinlublin.com

signatures continued on the next page……..

Consented to by:

/s/ Elsa Rodriguez with Express Permission
Elsa Rodriguez, Esq.
Attorney for Debtors
State Bar No. 611407
Clark & Washington, P.C.
3300 Northeast Expressway, Building 3, Suite A
Atlanta, GA 30341
404-522-2222
mfr@cw13.com

No Opposition to by:

/s/ K. Edward Safir, GA Bar No. 622149 with Express Permission after review
for Mary Ida Townson
Chapter 13 Trustee
State Bar No. 715063
Suite 2700 - Equitable Building
100 Peachtree Street, NW
Atlanta, GA 30303
(404) 525-1110
maryidat@atlch13tt.com

DISTRIBUTION LIST

Warren Sean Edwards
1123 Spanish Moss Ct.
Lawrenceville, GA 30045

Bernadette Edwards
1123 Spanish Moss Court
Lawrenceville, GA 30045

E.L. Clark, Esq.
Clark & Washington, P.C.
3300 Northeast Expressway, Building 3, Suite A
Atlanta, GA 30341

Mary Ida Townson, Trustee
Suite 2700 - Equitable Building
100 Peachtree Street, NW
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092